# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL MILLS,**                                                          **PLAINTIFF**
**ADC # 656842**

**V.**                 **CASE NO. 4:16-CV-680-BSM-BD**

**KEVIN MURPHY and**
**PHILLIP GLOVER**                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

Plaintiff Michael Mills, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit seeking release from prison and $1,000,000 in damages. (Docket entries #1 and #7) In his original and amended complaints, Mr. Mills made only general complaints about his possible exposure to dangerous substances, such as asbestos,

lead paint and black mold, in the houses he and other inmates worked on while assigned to the Mulligan Road Reentry Program of the ADC.

Because the complaints lacked critical information, the Court gave Mr. Mills an opportunity to fill in missing facts in a second amended complaint. (#9) Specifically, the Court directed Mr. Mills to explain what injury he suffered as a result of his exposure to hazardous conditions and to specify what part Defendant Glover played in denying him his right to be kept reasonably safe while confined. Mr. Mills was specifically warned that his failure to file a second amended complaint could result in the dismissal of this lawsuit, without prejudice. Local Rule 5.5.

To date, Mr. Mills has not supplemented his complaints, and the time for doing so has passed. The complaint and amended complaint, even when read liberally, fail to include enough facts to state federal claims for relief.

## III. Conclusion

Mr. Mills's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's November 29, 2016 order.

DATED this 4th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE