# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL MILLS**     **PLAINTIFF**
**ADC #656842**

v.     **CASE NO. 4:16CV00680 BSM**

**KEVIN MURPHY, et al.**     **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 10] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Michael Mills's claims are dismissed without prejudice for failure to failure to supplement his complaint with missing facts as ordered [Doc. No. 9]. *See* Local Rule 5.5.

IT IS SO ORDERED this 27th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE